1  Brad D. Krasnoff, TRUSTEE
   221 North Figueroa Street, Suite 1200
2  Los Angeles, CA 90012-2646
   Telephone: (213) 250-1800
3  Facsimile: (213) 250-7900

4  Chapter 7 Trustee

5

6              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
7              SAN FERNANDO VALLEY DIVISION

8

9  In re                          ) Case No. 1:03-16453-GM
                                   ) Chapter 7
10 BOOKER, DARCY LYNN              )
                                   )
11                                 ) **NOTICE OF UNCLAIMED**
                                   ) **DIVIDENDS 3011**
12                                 )
              Debtor.              )
13                                 )

14

15    **TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES**

16  **BANKRUPTCY COURT:**

17    Please find annexed hereto Check No. 148 in the sum of $3,044.64 representing the total

18  amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero

19  balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list

20  of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed

21  dividend is attached.

22  Dated: March 14, 2010

23

24

25
                                              _____
26                                            BRAD D. KRASNOFF
                                              Chapter 7 Trustee
27

28

4813-4344-0393.1   -1-

# ATTACHMENT NO. 2
## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:    108.73714%

AMOUNT/BALANCE TO DISTRIBUTE: $3,044.67

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 13 | John Williams<br>2645 McMillian Ranch Road<br>Canyon County, CA 91387 | $2,800.00 | | $3,044.64 |
| | TOTALS: | $2,800.00 | $0.00 | $3,044.64[1] |
| | CASE NUMBER: | 1:03-16453-GM | | |
| | CASE NAME: | BOOKER, DARCY LYNN | | |

---

[1] Total amount of check is $2,800.00 allowed claim plus $244.64 in interest.

4813-4344-0393.1

TURNOVER OF FUNDS TO COURT
PAID PURSUANT TO LBR 3011.

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

BRAD KRASNOFF, CHAPTER 7 TRUSTEE
(213) 250-1800
221 NO. FIGUEROA ST., SUITE 1200
LOS ANGELES, CA  90012

CHECK NUMBER
**148**

| DATE | AMOUNT |
|---|---|
| 03/14/11 | *******3,044.64 |

**1780931**
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 1:03-16453    GM | Debtor: BOOKER, DARCY LYNN |

UNITED STATES BANKRUPTCY COURT
C/O FINANCE DEPARTMENT
255 EAST TEMPLE STREET
LOS ANGELES, CA  90012

*Three Thousand Forty Four Dollars And 64/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000148⑈ ⑆111000012⑆ 3754770227⑈

| Date: 03/14/11 | Check Number:    148 | Amount:    3,044.64 |
|---|---|---|
| Case Number:  1:03-16453    GM | | |
| Debtor Name:  BOOKER, DARCY LYNN | | |
| SSN:  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 | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>C/O FINANCE DEPARTMENT<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA  90012 | Trustee: | BRAD KRASNOFF, CHAPTER 7 TRUSTEE<br>(213) 250-1800<br>221 NO. FIGUEROA ST., SUITE 1200<br>LOS ANGELES, CA  90012 |
|---|---|---|---|

Description:    TURNOVER OF FUNDS TO COURT    PAID PURSUANT TO LBR 3011.

Bank Account Number:    3754770227